UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-60133-CIV-COHN/SELTZER

EDDY PEREIRA and all others similarly
situated under 29 U.S.C. 216(b),

    Plaintiff,

v.

ABC HOLLYWOOD LUMBER &
HARDWARE CORPORATION,
JOSE MONTEVERDE,

    Defendants.
_____/

## NOTICE OF COURT PRACTICE IN FLSA CASES

**THIS CAUSE** is before the Court upon a sua sponte examination of the record. The Court notes that this is a Fair Labor Standards Act ("FLSA") case in which Plaintiff seeks unpaid wages. To assist the Court in the management of the case, Plaintiff shall file a statement of claim setting forth the amount of alleged unpaid wages, the calculation of such wages (hours worked and hourly rate), and the nature of the wages (e.g., overtime or regular) within fifteen (15) calendar days from the date of this Order.

Along with the separately entered trial order for this case, Plaintiff shall promptly serve a copy of the statement on counsel for Defendants when Defendants' counsel first appears in the case, or at the time of filing if Defendants' counsel has already appeared in the case (or upon Defendants if unrepresented at the time of responding to the Complaint). Defendants shall file a response within fifteen (15) calendar days of receiving service of Plaintiff's statement.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 26th day of January, 2016.

_____
JAMES I. COHN
United States District Judge