UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-CV-60133-JIC

EDDY PEREIRA and all others similarly )
situated under 29 U.S.C. 216(b), )
                                    )
            Plaintiff,              )
    vs.                             )
                                    )
ABC HOLLYWOOD LUMBER &              )
HARDWARE CORPORATION,               )
JOSE MONTEVERDE,                    )
                                    )
            Defendants.             )
_____)

**JOINT MOTION FOR APPROVAL OF PARTIES' SETTLEMENT AGREEMENT AND STIPULATED DISMISSAL WITH PREJUDICE**

COME NOW the Parties, Plaintiff, EDDY PEREIRA, and Defendants, ABC HOLLYWOOD LUMBER & HARDWARE CORPORATION and JOSE MONTEVERDE, by and through their respective undersigned counsel, and file this Joint Motion for Approval of the Parties' Settlement Agreement and Stipulated Dismissal with Prejudice, and respectfully state as follows:

In the Eleventh Circuit, in order to ensure that the employer is relieved of liability, a compromise of a Fair Labor Standards Act ("FLSA") claim must either be supervised by the Secretary of Labor or must be approved by the District Court. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982). To approve the settlement, the Court should determine that the compromise is a fair and reasonable resolution of a bona fide dispute over FLSA provisions. *Id.* at 1354. If the settlement terms meet the aforementioned criteria, the Court should approve the settlement in order to promote the policy of encouraging settlement of litigation. *Id.; see also Sneed v. Sneed's Shipbuilding, Inc.*, 545 F.2d 537, 539 (5th Cir. 1977).

A bona fide dispute exists between Plaintiff and Defendants in this case regarding Plaintiff's claims for overtime wages and the alleged damages associated with same under 29 U.S.C. §§ 201-

216. From the outset, the Parties have explored the possibility of settlement and the Parties have now reached a full settlement. Counselhave zealously represented their clients' respective interestsand have negotiated a settlement that is acceptable to Plaintiff and Defendants. The amount received by Plaintiff as set forth in the Settlement Agreementis potentially more than Plaintiff would have recovered had the Parties gone to trial due to the uncertainty of litigation. Finally, as a condition for dismissal, the parties agree to dismissal of this action with prejudice on the condition that the Court retains jurisdiction to enforce the terms of the Settlement Agreement. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012).The Parties' settlement agreement is attached hereto as Exhibit "A."

WHEREFORE, the said Parties respectfully request that the Court enter an Order: (1) approving the terms of the attached Settlement Agreement; (2) dismissing this action with prejudice pursuant to the Parties' stipulated settlement and dismissal; and (3) retaining jurisdiction over enforcement of the settlement.

DATED:  This 18th day of April, 2016.

| | |
|---|---|
| J.H. ZIDELL, P.A. | GREENSPOON MARDER, P.A. |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANTS |
| 300 71ST STREET, SUITE 605 | GREENSPOON MARDER, P.A. |
| MIAMI BEACH, FLORIDA 33141 | 200 EAST BROWARD BLVD., SUITE 1800 |
| | |
| BY:  /S/ RIVKAH F. JAFF | BY:  /S/ PETER R. SIEGEL |
| RIVKAH F. JAFF, ESQUIRE | PETER SIEGEL, ESQUIRE |
| FLA. BAR NO. 107511 | FLA. BAR NO.: 988634 |
| PH: (305) 865-6766 | PH: (954) 491-1120 Ext. 1233 |
| FAX: (305) 865-7167 | FAX: (954) 267-8027 |
| RIVKAH.JAFF@GMAIL.COM | EMAIL: PETER.SIEGEL@GMLAW.COM |

        Respectfully submitted,

        J. H. ZIDELL, P.A.
        ATTORNEYS FOR PLAINTIFF
        300-71ST STREET, SUITE 605
        MIAMI BEACH, FLORIDA 33141
        305-865-6766
        305-865-7167

        By: _s/ Rivkah F. Jaff, Esq._
        Rivkah F. Jaff, Esquire
        Florida Bar No.: 107511

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF ON 4/18/16 TO:**

PETER R. SIEGEL, ESQ.
GREENSPOON MARDER, P.A.
200 EAST BROWARD BLVD., SUITE 1800
FORT LAUDERDALE, FL 33301
PH: (954) 491-1120 EXT. 1233
FAX: (954) 267-8027
EMAIL: PETER.SIEGEL@GMLAW.COM

 **BY:__/s/____Rivkah F. Jaff_____**
    **RIVKAH F. JAFF, ESQ.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-CV-60133-JIC

EDDY PEREIRA and all others similarly )
situated under 29 U.S.C. 216(b), )
 )
          Plaintiff, )
vs. )
 )
ABC HOLLYWOOD LUMBER & )
HARDWARE CORPORATION, )
JOSE MONTEVERDE, )
 )
          Defendants. )
_____ )

**ORDER APPROVING JOINT MOTION FOR APPROVAL OF PARTIES' SETTLEMENT AGREEMENT AND STIPULATED DISMISSAL WITH PREJUDICE**

Having reviewed the Settlement Agreement between Plaintiff, EDDY PEREIRA, and Defendants, ABC HOLLYWOOD LUMBER & HARDWARE CORPORATION and JOSE MONTEVERDE, it appears to the Court that due cause exists to approve settlement and dismiss the case with prejudice regarding Plaintiff's claims against Defendants with the Court to retain jurisdiction to enforce the terms of the Settlement Agreement. And therefore, it is:

**ORDERED,** and **ADJUDGED** that the Settlement Agreement is hereby **APPROVED** by the Court under *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982), and this case is **DISMISSED WITH PREJUDICE** with the Court to retain jurisdiction to enforce the terms of the Settlement Agreement.

**DONE AND ORDERED** in chambers, at Miami, Florida, this _____ day of _____ 2016.

_____
JAMES I. COHN
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record